# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 21-12835

_____

APPLE INC.,

                        Plaintiff-Counter Defendant-Appellant,

*versus*

CORELLIUM, INC.,

                        Defendant- Counter Claimant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 9:19-cv-81160-RS

_____

2                          Order of the Court                          21-12835

ORDER:

The appellee, Corellium, Inc., is DIRECTED to respond to the rehearing petition no later than thirty days from the date of this order.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION